# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

FONG TA LIN,

                             Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden Otay Mesa Detention Center; TODD BLANCHE, Acting United States Attorney General; MARKWAYNE MULLIN, Secretary of the Department of Homeland Security; PATRICK DIVVER, ICE San Diego Field Office Director,

                             Respondents.

Case No.: 26cv2325 DMS (BJW)

**ORDER DISMSSING PETITION AS MOOT**

This case comes before the Court on the Petition for Writ of Habeas Corpus. Respondents filed a Return stating Petitioner is no longer detained at Otay Mesa Detention Center. Petitioner did not file a Traverse or any other pleading disputing Respondents' assertion, which, as of the date of this Order, was confirmed on the ICE Detainee Locator webpage. *See* https://locator.ice.gov/odls/#/search. As Petitioner is no longer in ICE custody, the Court dismisses the Petition as moot.

     **IT IS SO ORDERED.**

Dated: June 5, 2026

Hon. Dana M. Sabraw
United States District Judge

1